NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DERIN RESTAURANTS, LLC, a Florida )
limited liability company, )
)
      Appellant, )
)
v. )    Case No. 2D18-826
)
HERITAGE SQUARE REAL ESTATE, LLC, )
a Florida limited liability company; and )
JOSEPH MAGDALENER, individually, )
)
      Appellees. )
_____)

Opinion filed September 20, 2019.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

Joseph A. Davidow and Yasser Lakhlifi of
Willis and Davidow, LLC, Naples, for
Appellant.

Rachel A. Kerlek of Woods, Weidenmiller,
Michetti & Rudnick, LLP, Naples, for
Appellees.


PER CURIAM.

      Affirmed.


NORTHCUTT, CASANUEVA, and SILBERMAN, JJ., Concur.